# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

NEWTYN PARTNERS LP, and NEWTYN TE PARTNERS, LP,  
*Plaintiff*  
v.  
ALLIANCE DATA SYSTEMS CORPORATION N/K/A BREAD FINANCIAL HOLDINGS, INC., et al.,  
*Defendant*

Civil Action No. 2:23-cv-1451

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 3/20/2025 the Court GRANTS Loyalty Defendants' Motion to Dismiss (ECF No. 35) and GRANTS ADS Defendants' Motion to Dismiss (ECF No. 37). Plaintiff's claims under §§ 10(b) and 20(a) of the Exchange Act are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 03/20/2025

CLERK OF COURT

*Christy M. Werner*  
Signature of Clerk or Deputy Clerk