**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 12, 2026

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

      Re:    Case No. 25-3313, *Newtyn Partners, LP, et al v. Alliance Data Systems Corp, et al*
             Originating Case No. 2:23-cv-01451

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                       Sincerely yours,

                                       s/Kelly Stephens
                                       Appeal Case Manager: Roy

cc: Mr. John C. Camillus
    Mr. Charles Duggan
    Ms. Kyla Janine Grant
    Mr. Daniel J. Guttman
    Mr. Lester R. Hooker
    Mr. Joseph Steven Justice
    Mr. Jonathan Lamet
    Ms. Dianne M. Pitre
    Mr. Steven Bennett Singer
    Mr. Peter Stokes
    Mr. Michael Alan Swartzendruber

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 25-3313

_____

Filed: February 12, 2026

NEWTYN PARTNERS, LP and NEWTYN TE PARTNERS, LP, individually and on behalf of all others similarly situated,

    Plaintiffs - Appellants

v.

ALLIANCE DATA SYSTEMS CORPORATION, nka Bread Financial Holdings, Inc.; CHARLES J. HORN; JOHN J. CHESNUT; RALPH J. ANDRETTA

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 01/21/2026 the mandate for this case hereby issues today.

 COSTS:  None